**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 1 3 2024**

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Kris Briscoe

_____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
__x__ Yes ____ No

Ryan Johnston, Individual/Defendant (CO)

_____,

Amazon.com Services, LLC; Amazon.com, Inc.

_____,

Individuals: Bethany Reyes; Theunis Kotze; Gavin Hepburn;

_____,

Kevin Warf; Silvia Valdez; Genelle Rose; Jasmine Kammer

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kris Briscoe, PO Box 2721, Olathe, KS  66061

(Name and complete mailing address)

kribrisc@gmail.com (email only)

(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Ryan Johnston, Colorado Springs, CO (personal unknown)

(Name and complete mailing address)

Ryan Johnston, Amazon.com Services, LLC, 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, WA 98501 Attn: Legal Process

(Telephone number and e-mail address if known)

Defendant 2:   Amazon.com Services, LLC, 300 Deschutes Way SW, #208 MC-CSC1, Tumwater, WA 98501

(Name and complete mailing address)

Attention: Legal;      SEE ATTACHED COMPLAINT FOR ET AL DEFENDANTS

(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

__X__   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__X__   Other: (*please specify*) ____SEE COMPLAINT____

2

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____ SEE ATTACHED COMPLAINT _____

The conduct complained of in this claim involves the following: (*check all that apply*)

    __X__ failure to hire          __X__ different terms and conditions of employment

    __X__ failure to promote        ____ failure to accommodate disability

    __X__ termination of employment    __X__ retaliation

    __X__ other: (*please specify*) _____ SEE COMPLAINT FOR ALL CLAIMS _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    __X__ race        ____ religion       ____ national origin      __X__ age

    __X__ color      __X__ sex        ____ disability

Supporting facts:    SEE COMPLAINT FOR ALL CLAIMS & FACTS

3

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

__X_ Yes (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

__X_ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

## F.    REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

SEE COMPLAINT ATTACHED

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11/2/24
_____
(Date)

(Revised February 2022)

4

November 4, 2024

Kris Briscoe v. Ryan Johnston, Amazon, et al

Complaint Brief Details:

Ryan Johnston played an instrumental role in the Plaintiff's wrongful termination, and since it was related to "Rosa Parks Revisited Civil Conspiracy", he and all the individual defendants should be held responsible as an individual.  The civil conspiracy was allegedly to harm the Plaintiff based upon her race.

When a party violates another civil rights, they should have to answer to it as an individual, and not hide behind the "employer".  To harm someone based upon their race is "personal".  It is based upon a personal biased.  Ryan lists a southern state on social media, and the south is infamous for discriminating against blacks.

Amazon.com Services, LLC; Amazon.com, Inc.; Individuals: Bethany Reyes; Gavin Hepburn; Theunis Kotze; Kevin Warf; Silvia Valdez; Ryan Johnston; Genelle Rose and Jasmine Kammer also participated in the civil conspiracy.

Once an attorney is assigned, they will present the full complaint; but it includes all of the following:

Discrimination based upon color, race, gender, and age

FLSA

Equal Pay Act

Wrongful Termination

Defamation

Negligence

Conspiracy

Blacklisting

Invasion of Privacy

Breach of Contract

God bless you and thank you so very much,

11.4.24

Kris Briscoe
Pro Se Plaintiff

 

United States District Court
District of Colorado
The Honorable Philip A. Brimmer, Chief Judge
Jeffrey P. Colwell, Clerk of Court

United States Bankruptcy Court
District of Colorado
The Honorable Michael E. Romero, Chief Judge
Kenneth S. Garner, Clerk of Court

PACER Exemption Requests point of contact:

cod_cmecf@cod.uscourts.gov

PACER Exemption Requests point of contact:
Administration Department, (720) 904-7303
COBml_Admin@cob.uscourts.gov

## United States District Court & United States Bankruptcy Court
## District of Colorado
## PACER EXEMPTION REQUEST FORM

The Electronic Public Access Fee Schedules of the Judicial Conference of the United States, issued in accordance with 28 U.S.C. §§ 1914 and 1930, authorize discretionary fee exemptions from the standard charges imposed by the Public Access to Court Electronic Records (PACER) service. To qualify for a fee exemption, a petitioner must confirm that he, she, or the organization with which the petitioner is affiliated is a member of one of the following categories for whom exemptions may be granted:

- ☐ Court official
- ☐ Bankruptcy case trustee
- ☑ Indigent party
- ☐ Individual researcher associated with an educational institution

- ☐ Section 501(c)(3) not-for-profit organization
- ☐ Court-appointed pro bono attorney
- ☐ Court-appointed special master
- ☐ Pro bono ADR neutral

Please briefly describe the basis for the exemption. If needed, provide additional information on an additional page.

**Need access to the cases to self-represent.**

What is the expected length of the exemption?

- ☐ The exemption will last until _____ (date) for the following reason (e.g. pro bono attorney in Case No. xx-xxxx): _____

- ☑ The exemption will last for an indefinite period as the need for the exemption is continuous.

Additionally, the petitioner must agree to the following terms by checking the appropriate boxes:

- ☑ An exemption is necessary to avoid unreasonable burdens and to promote public access to information.

- ☑ The petitioner agrees not to sell the data obtained as a result and must not transfer any data obtained as the result of a fee exemption, unless expressly authorized by the court.

- ☐ If the petitioner is *an individual researcher*, the petitioner has demonstrated that the defined research project is intended for scholarly research, is limited in scope, and is not intended for redistribution on the internet or for commercial purposes.

Petitioner's signature: _____    Date: 11.4.24

Name: Kris Briscoe

Address: PO Box 2721, Olathe, KS  66061

Phone No.: _____

Email address: kribrisc@gmail.com

*rev. May 2023*